IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VOLTAIRE WILLIAMS,

     Petitioner,                     No. CIV S-07-2580 LEW DAD P

     vs.

D.K. SISTO, et al.,

     Respondents.               ORDER

_____/

     On December 11, 2007, this court ordered petitioner to file an in forma pauperis affidavit or pay the appropriate filing fee for this action. On December 19, 2007, petitioner paid the filing fee. Due to a docketing error, the court was unaware that petitioner had paid the filing fee and issued findings and recommendations, recommending that this action be dismissed. The court will vacate the findings and recommendations, and the action will proceed in accordance with this order.

     Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's January 23, 2008 findings and recommendations are vacated;

2. Respondents are directed to file a response to petitioner's application within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

3. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

4. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Docket Entry Nos. 1, 2, and 3) on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: January 29, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
will2580.100f

2