E-Filed: **6/2/09**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Voltaire Williams**<br><br>　　　　　**Petitioner,**<br><br>　　　v.<br><br>**Sisto, et al.,**<br><br>　　　　　**Respondents.** | CASE NO. CV 07-2580-GHK<br><br>**JUDGMENT** |

　　　Pursuant to our June 2, 2009 Order denying Petitioner Voltaire Williams's Petition for Writ of Habeas Corpus, **IT IS HEREBY ADJUDGED** that the Petition is **DENIED with prejudice**.

　　　**IT IS SO ORDERED**.

DATED: June 2, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING[1]
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] United States District Judge for the Central District of California sitting by designation.